FILED

Name: Geraldine Manning
Address: 5025 Nellis Oasis Lane Apt. 277
Las Vegas, NV 89115
Phone: (818) 919-2250
Plaintiff In Pro Per

2018 DEC 20  PM 1:32

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Geraldine Manning,

    PLAINTIFF,

vs.

County of Los Angeles
Board of Supervisors
City of Los Angeles
Eric Garcetti
Kedren Hospital

    DEFENDANT(S).

Case No. CV18-10554-PA-RAO
(To be supplied by the Clerk)

COMPLAINT FOR:

Civil Rights
Fourth Amendment
42 U.S.C.A § 1983

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____

## II. VENUE

2. Venue is proper pursuant to 42 U.S.C.A § 1983

## III. PARTIES

3. Plaintiff's name is Geraldine Manning. Plaintiff resides at: 5025 Nellis Oasis Lane Apt. 277 Las Vegas, Nevada 89115

4. Defendant County of Los Angeles Board of Supervisors 500 West Temple Street Los Angeles, CA 90012-2731 City of Los

5. Defendant City of Los Angeles Eric Garcetti 200 N. Spring Street Los Angeles, CA 90012-2731

Pro Se Clinic Form          Page Number

| | |
|---|---|
| 1 | ___. Defendant **Kedren Hospital** |
| 2 | *Insert ¶ #* |
| 3 | **4211 S. Avalon Blvd.** |
| 4 | **Los Angeles, CA 90011** |
| 5 | |
| 6 | |
| 7 | |
| 8 | ___. Defendant |
| 9 | *Insert ¶ #* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | ___. Defendant |
| 16 | *Insert ¶ #* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | ___. Defendant |
| 23 | *Insert ¶ #* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* In Punitive Damages, $3,000,000.00 (3 Million Dollars)

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 12/20/2018

Sign: *Geraldine M.*
Print Name: Geraldine Manning
Plaintiff in pro per

GERALDINE MANNING
5025 NELLIS OASIS LANE APT 277
LAS VEGAS, NEVADA 89115
(818)919-2250

gerimanning@hotmail.com

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MANNING ) <br> Plaintiff, ) <br> vs. ) <br> COUNTY OF LOS ANGELES, BOARD ) <br> OF SUPERVISORS, CITY OF LOS ) <br> ANGELES, KEDREN HOSPITAL (s), ) <br><br> Et al, ) <br> Defendant(s) | MOTION <br> CIVIL CASE: <br> 42 U.S.C.A. SECTION 1983 |

## NO PROBABLE CAUSE:

On or about July 27, 2018, I, Geraldine Manning, was on a mini vacation with my family, at 10076 Cozycroft Ave., Chatsworth, CA 91311; in the County of Los Angeles; herein, sleeping in my bed. All of a sudden, I hear a Los Angeles Police Officer telling me to, "get up, stand in front of the closet, and put your hands behind your head. They put me in handcuff, escorted me to an awaiting police car, and they've detained me for over an hour, before the officers took me more than 15 miles out of my jurisdiction to a mental hospital, Kedren Hospital, where they've gave me harmful drug medications. To wit, I was seized for more than 15 days, without a probable cause, a violation under the **Fourth Amendment, of the United States of America Constitution**, pursuant to **42 U.S.C.A. § 1983.**

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 1

## DAMAGES:

I, Geraldine Manning, am seeking 3,000,000.00 (**3 Million Dollars**) in **Punitive Damages,** County of Los Angeles, Board of Supervisors, 500 West Temple Street, Los Angeles, CA 90012-2713, the City of Los Angeles, 200 N. Spring Street, Los Angeles, CA, 90012-2713, and Kedren Hospital, 4211 S. Avalon, CA 90011.

18; Dec. 18, 2018

Dated this 2nd ~~day of August, 2012~~

*Geraldine Manning*

YOUR NAME
Plaintiff in Pro Per

# PROOF OF SERVICE

County of Los Angeles, 500 West Temple Street, Los Angeles, CA, 90012-2713.

City of Los Angeles, 200 N. Spring Street, Los Angeles, CA 90012-2713

Kedren Hospital, 4211 S. Avalon Blvd. Los Angeles, CA 90011

Executed in Los Angeles, CA, on December 18, 20018

By: *[signature]*

GERALDINE MANNING