# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 18-10554 PA (RAO) | Date: June 7, 2019 |
| Title: Manning v. County of Los Angeles Board of Supervisors et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On April 23, 2019, the Court issued an order directing Plaintiff to file a First Amended Complaint by May 23, 2019. Dkt. No. 14. To date, Plaintiff has not filed a First Amended Complaint.

Accordingly, **Plaintiff is ordered to show cause, in writing, no later than July 8, 2019,** why this action should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint on or before this deadline.

**If Plaintiff fails to file a timely response to this order as directed above, the action will be subject to dismissal without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

: 
Initials of Preparer    dl